| | |
|---|---|
| 1 | C. Brandon Wisoff (State Bar No. 121930) |
|   |    bwisoff@fbm.com |
| 2 | Farella Braun & Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 3 | San Francisco, CA  94104 |
|   | Telephone:      (415) 954-4400 |
| 4 | Facsimile:       (415) 954-4480 |
| 5 | Kelley Drye & Warren LLP |
|   | John M. Callagy, Esq. |
| 6 | (Will Apply Pro Hac Vice) |
|   | 101 Park Avenue |
| 7 | New York, NY 10178-0002 |
|   | Telephone:      (212) 808-7800 |
| 8 | Facsimile:       (212) 808-7897 |
| 9 | Thomas E. Gilbertsen |
|   | (Will Apply Pro Hac Vice) |
| 10 |    TGilbertsen@KelleyDrye.com |
|    | Donna L. Wilson (State Bar No. 186984) |
| 11 |    DWilson@KelleyDrye.com |
|    | John W. McGuinness |
| 12 | *(*Will Apply Pro Hac Vice) |
|    |    JMcGuinness@KelleyDrye.com |
| 13 | 3050 K Street N.W. |
|    | Washington, D.C.  20007 |
| 14 | Telephone:      (202) 342-8400 |
|    | Facsimile:       (202) 342-8451 |
| 15 | Attorneys for Defendant |
| 16 | POLO RALPH LAUREN CORPORATION |

17  UNITED STATES DISTRICT COURT
18  EASTERN DISTRICT OF CALIFORNIA
19  SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN KORN, individually; on behalf of all others similarly situated, | Case No. _____ |
| Plaintiffs, | **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |
| vs. | 28 U.S.C. § 1332(d)(2), 1453(b) |
| POLO RALPH LAUREN CORPORATION, a Delaware Corporation; and DOES 1 through 50 inclusive, | [Solano County Superior Court, Case No. FSC030461] |
| Defendants. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF REMOVAL OF ACTION TO
FEDERAL COURT
Case no.

22826\1407579.1

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Polo Ralph Lauren Corporation ("Polo"), pursuant to 28 U.S.C. § 1441 *et seq.*, hereby removes this action to the United States District Court for the Eastern District of California, and in support thereof, respectfully shows the Court as follows:

## STATEMENT OF THE CASE

1. Plaintiff, in an action filed in Solano County Superior Court styled *Korn v. Polo Ralph Lauren Corp., et al.*, Case No. FC8030461, seeks to certify two separate putative classes. First, plaintiff seeks to certify a "Purchase Class," that purports to include all California credit card holders "from whom Defendant requested and recorded personal identification information as part of a credit card transaction, wherein the cardholder purchased product(s) from Defendant, during the time period from one year prior to the filing of the Complaint and until said practice is terminated." Compl. ¶ 28[1]. Second, plaintiff seeks to certify a "Refund Class," that purports to include "all persons in California who entered into credit card refund transactions with Defendant, wherein a credit card transaction form was utilized which contained a pre-printed space specifically designated for filling in the telephone number and/or address of the cardholder and the person's telephone number and/or address was printed on said credit card transaction form, during the time period of one year prior to the filing of the Complaint and until said practice is terminated." *Id.* ¶ 36.

2. Plaintiff seeks, on behalf of himself and each purported class, statutory penalties of up to $1,000 per violation, fluid or *cy pres* recovery, injunctive relief, and attorneys' fees and costs. *See* Prayer for Relief.

3. This action was filed on November 2, 2007, the complaint was served on November 20, 2007, and is removable under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §§ 1332(d)(2) and 1453(b). Polo Ralph Lauren has satisfied all procedural requirements

---

[1] A copy of the complaint is annexed hereto as Exhibit A, along with a copy of all other process, pleadings and orders served upon Polo in the state court action.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT
Case no.
-1-
22826\1407579.1

of 28 U.S.C. § 1446 and thereby removes this action to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453.

### THE REQUIREMENTS FOR REMOVAL UNDER CAFA ARE SATISFIED

4.  **Class Action**. This lawsuit is a class action as defined by 28 U.S.C. § 1332(d)(1)(B). CAFA defines a "class action" as "any civil action filed under Rule 23 of the Federal Rules of Civil Procedure or similar State statute or rule of judicial procedure authorizing an action to be brought by 1 or more representative persons as a class action." *Id*. Plaintiff styles his complaint a "Class Action," and alleges that he brings his lawsuit on behalf of a "Purchase Class" and a "Refund Class." Compl. ¶¶ 28, 36.

5.  **Diversity of Citizenship**. At the time this lawsuit was filed and as of the date of this notice, Polo was and is a Delaware corporation with its principal place of business in New York. At the time of the filing of this action and as of the date of this notice, the named plaintiff, Brian Korn, was a resident and citizen of California. *See* Compl. ¶ 9. Because at least one member of the proposed class is from a state other than Delaware or New York, the diversity requirement of 28 U.S.C. § 1332(d)(2)(A) is satisfied.

6.  **Amount in Controversy**. The amount in controversy in this matter exceeds the sum or value of $5,000,000, exclusive of interest and costs, satisfying the amount in controversy requirement of 28 U.S.C. § 1332(d)(2). The Complaint seeks relief that includes:

(1)  Statutory penalties to plaintiff and members of the two separate putative classes in the amount of up to $1,000 per each violation of the statute;

(2)  Fluid or *cy pres* recovery "where necessary to prevent Defendant from retaining the benefits of its wrongful conduct";

(3)  Injunctive relief; and

(4)  Attorneys' fees.

*See* Prayer for Relief.

California's Song-Beverly Credit Card Act provides for statutory penalties of up to $1,000 per violation, and Plaintiff expressly seeks up to $1,000 in such civil penalties for each class

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT
Case No.

-2-

22826\1407579.1

1  member. Compl. ¶¶ 33, 41 (*citing* CAL. CIV. CODE § 1748.08(e)). On a daily basis, many
2  customers in California make credit card purchases and/or returns that are potentially subject to
3  plaintiff's claims. Indeed, Polo annually processes well over 5,000 customer credit card
4  transactions, including return transactions, in California alone. *See* Decl. of Lee Jurgens ¶ 3
5  (Annexed hereto as Exhibit "B"). Therefore, potential statutory penalties alone in this case
6  exceed the $5,000,000 amount in controversy requirement of CAFA. *See id.*. Furthermore,
7  plaintiff seeks an injunction. If granted, Polo may be required to implement, at great cost, new
8  policies and practices. *See* Prayer for Relief. Plaintiff also seeks to recover attorneys' fees. *See*
9  *id.* Given these requests for relief and plaintiff's allegations, the amount in controversy exceeds
10 $5,000,000 in the aggregate, and, consequently, this Court has jurisdiction under CAFA. Indeed,
11 in at least one other putative class action recently brought under California's Song-Beverly Credit
12 Card Act, the defendant removed the case to federal court and prevailed on a motion to remand.
13 *See Romeo v. Home Depot USA Inc.,* 06CV1505 IEG (BLM) (Order Denying Plaintiffs' Motion
14 to Remand) (Annexed hereto as Exhibit "C").
15    7.    **Number of Proposed Class Members**. Polo believes in good faith that, as
16 alleged, both putative classes well exceed 100 members. Indeed, plaintiff alleges that the
17 purported classes would encompass any consumer from whom Polo requested and recorded
18 personal information in connection with a credit card purchase transaction, and any consumer
19 who entered into a credit card return transaction, in a California Polo store over the last year. *See*
20 Compl. ¶¶ 28, 36. Plaintiff alleges that requesting and recording personal information in
21 connection with credit card purchase transactions is a Polo policy entitled a "Telephone and
22 Address Capture Policy," and that Polo engaged in this conduct "*on each and every day* during
23 the one-year period preceding the filing of this class action complaint . . . " *Id.* ¶ 47 (emphasis
24 added). Plaintiff alleges that this was Polo's "routine business practice" carried out "with respect
25 to *every person* who, while using a credit card, purchases *any* product from *any* of Defendant's
26 stores in the State of California." *Id.* ¶ 48 (emphasis added). Similarly, with respect to the
27 putative refund class, Plaintiff alleges that "*on each and every day* during the one year preceding
28 the filing of the [Complaint], Defendant utilized, *in each and every credit card refund transaction*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF REMOVAL OF ACTION TO
FEDERAL COURT                -3-                                    22826\1407579.1
Case No.

1  entered into with Plaintiff and the Refund Class," an allegedly offending form. *Id.* ¶ 53

2  (emphasis added). Accordingly, the action satisfies the requirement of 28 U.S.C. § 1332(d)(5)

3  that both putative classes include at least 100 persons.

4      8.    **Timeliness**. This removal notice is timely filed as required by 28 U.S.C. §

5  1446(b). Polo was served with the Complaint on November 20, 2007, and files this notice within

6  thirty days after receipt thereof.

7      9.    **Exceptions Do Not Apply**. The exceptions to removal under 28 U.S.C. §§

8  1332(d) and 1446 do not apply.

## THE OTHER PROCEDURAL REQUISITES FOR REMOVAL ARE SATISFIED

11      10.    Polo has complied with 28 U.S.C. §§ 1446(a) and (d). Under 28 U.S.C. § 1446(a),

12  a true and correct copy of all of the process, pleadings, or orders on file in the state court or

13  served on Polo in the state court are annexed hereto as Exhibit "A." Pursuant to 28 U.S.C. §

14  1446(d), a notice of filing of removal, with a copy of this notice of removal annexed thereto, has

15  been filed with the clerk of the Superior Court of the State of California, County of Solano, Case

16  No. FC8030461, and Polo has served a notice of filing of removal, with a copy of the notice of

17  removal annexed thereto, on plaintiff's attorneys. Copies of the notice and the certificate of

18  service of the notice to plaintiff and the Superior Court of the State of California, County of

19  Solano, are annexed hereto as Exhibit "D." (For the Court's convenience, Exhibits A through D,

20  which is a copy of this notice, is not attached. Defendant will provide it upon request.)

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT
Case No.

-4-

22826\1407579.1

# **CONCLUSION**

By this notice and attachments, defendant Polo does not waive any objections it may have as to improper service, jurisdiction, or venue, on any other defenses or objections to this action. Polo intends no admission of fact, law, or liability by this notice, and reserves all defenses, motions, and pleas. Polo prays that this action be removed to this Court; that all further proceedings in the state court suit be stayed; and that Polo obtain all additional relief to which it is entitled.

DATED: December 19, 2007.

Respectfully submitted,

FARELLA BRAUN & MARTEL LLP

By: /s/
       C. Brandon Wisoff

KELLEY DRYE & WARREN LLP
John M. Callagy, Esq.
Thomas E. Gilbertsen
Donna L. Wilson
John W. McGuinness

Attorneys for Defendant
POLO RALPH LAUREN CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF REMOVAL OF ACTION TO
FEDERAL COURT
Case No.

-5-

22826\1407579.1