James M. Lindsay, State Bar No. 164758
Gene J. Stonebarger, State Bar No. 209461
LINDSAY & STONEBARGER, APC
620 Coolidge Drive, Suite 225
Folsom, CA 95630
Phone: (916) 294-0002 / Fax: (916) 294-0012

James R. Patterson, State Bar No. 211102
Harry W. Harrison, State Bar No. 211141
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Phone: (619) 756-6990 / Fax: (619) 756-6991

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| BRIAN KORN, individually; on behalf of himself and all others similarly situated, | Case No. 07-CV-02745-FCD-JFM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO MODIFY AMENDED STATUS (PRETRIAL SCHEDULING) ORDER TO ALLOW FOR MEDIATION |
| POLO RALPH LAUREN CORPORATION, a Delaware corporation; and DOES 1 through 50 inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO MODIFY AMENDED STATUS (PRETRIAL SCHEDULING) ORDER TO ALLOW FOR MEDIATION**
Case No. 07-CV-02745 FCD JFM

1. Plaintiff, Brian Korn, and Defendant, Polo Ralph Lauren Corporation (collectively, "Parties"), by and through their respective attorneys, respectfully submit this Joint Stipulation and [Proposed] Order to Modify the Amended Status (Pretrial Scheduling) Order to Allow for Mediation, dated July 25, 2008, by continuing certain dates to allow the Parties the opportunity to mediate. The Parties attended mediation on September 9, 2008 with the Honorable Gary L. Taylor (Ret.) of JAMS, and are scheduled to attend a second mediation session with Judge Taylor on October 14, 2008.

Accordingly, the Parties stipulate, agree and respectfully request that the Court enter an order providing that:

1. The pre-certification discovery cut-off date, currently set for November 14, 2008, be continued to December 15, 2008.

2. The deadline for pre-certification initial expert disclosures, currently set for December 1, 2008, be continued to January 9, 2009.

3. The deadline for pre-certification rebuttal expert reports, currently set for December 22, 2008, be continued to January 30, 2009.

4. The deadline for all pre-certification expert discovery, currently set for January 22, 2009, be continued to February 27, 2009.

5. Except as specifically stated above, the Amended Status (Pretrial Scheduling) Order otherwise remains in effect.

SO STIPULATED by Plaintiff.

DATED: October 7, 2008                       By_____
                                              Gene J. Stonebarger

SO STIPULATED by Defendant.

DATED: October 7, 2008                       By_____
                                              John W. McGuinness

IT IS SO ORDERED.

DATED: October 8, 2008                       _____
                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO MODIFY AMENDED STATUS (PRETRIAL SCHEDULING) ORDER TO ALLOW FOR MEDIATION**
Case No. 07-CV-02745 FCD JFM